Case 1:12-cv-05158-ARR-RLM   Document 4   Filed 01/28/13   Page 1 of 1 PageID #: 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Chaim Friedman,

        Plaintiff,

-against-

N.C.O. Financial Systems Inc.,

        Defendant,
---------------------------------------------------------X

Index No. 12-CV-5158 (ARR)(RLM)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (A)(1)(a)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Chaim Friedman and or the counsel, hereby give notice that the above–captioned action is voluntarily dismissed with prejudice against the defendant N.C.O. Financial Systems Inc.

Dated: January 28, 2012
       New York, New York

FREDRICK SCHULMAN & ASSOCIATES

BY: _____
   JACOB J. SCHEINER, ESQ. (JS5223)
30 East 29th Street
New York, New York 10016
212-796-6053
Attorneys for Plaintiff

**SO-ORDERED:**

_____
**U.S.D.J**