D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Chaim Friedman,

        Plaintiff,                        Index No. 12-CV-5158 (ARR)(RLM)

    -against-                         **NOTICE OF VOLUNTARY**
                                                     **DISMISSAL PURSUANT TO**
N.C.O. Financial Systems Inc.,           **F.R.C.P. 41 (A)(1)(a)(i)**

        Defendant,
-----------------------------------------------------------X

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Chaim Friedman and or the counsel, hereby give notice that the above–captioned action is voluntarily dismissed with prejudice against the defendant N.C.O. Financial Systems Inc.

Dated: January 28, 2012
       New York, New York

                                                **FREDRICK SCHULMAN & ASSOCIATES**

                                                BY: _____
                                                   JACOB J. SCHEINER, ESQ. (JS5223)
                                                30 East 29th Street
                                                New York, New York 10016
                                                212-796-6053
                                                Attorneys for Plaintiff

                                                **SO-ORDERED:**
                                                s/Allyne R. Ross
                                                _____
                                                U.S.D.J